IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM MEADOWS,

    Plaintiff,

    v.                                      No. 1:20-cv-138-KWR-JFR

GREENBACK RECOVERY GROUP LLC;
SUSAN CONWAY;
and DOE 1-5

    Defendants.

## ORDER VACATING HEARING
## AND QUASHING THE ORDER TO SHOW CAUSE

**THIS MATTER** came before the Court for an Order to Show Cause Hearing on **July 19, 2021**. The Court having found that Plaintiff and Defendant both failed to appear at the hearing **HEREBY FINDS AND ORDER AS FOLLOWS:**

    1. The Order to Show Cause Hearing set for **Monday, July 19, 2021 at 10:00 a.m.** is hereby **VACATED.**

    2. The *Order Finding Defendants in Civil Contempt and Order Setting Show Cause Hearing* (Doc. 25) is hereby **QUASHED.**

    **IT IS SO ORDERED.**

                                                  **KEA W. RIGGS**
                                                  **UNITED STATES DISTRICT JUDGE**